# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CATHY NICHOLS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CA 20-0475-JB-MU |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, (Doc. 20) is **GRANTED** and that Plaintiff be awarded attorney's fees in the amount of $2,015.81 under the Equal Access to Justice Act, representing compensation for 9.75 hours of service by William T. Coplin, Jr., at the cost-of-living-adjusted rate of $206.75.

**DONE and ORDERED** this 16th day of July, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE